Andrew G. Strickland, CA Bar No. 272364
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Phone: (404) 815-1900
Fax: (404) 817-1700
andrew.strickland@leehayes.com

*Attorneys Unirac, Inc.*

Jeffrey M. Fisher, CA Bar No. 155284
Daniel C. Callaway, CA Bar No. 262675
John M. Ugai, CA Bar No. 318565
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Phone: (415) 954-4400
Fax: (415) 954-4480
dcallaway@fbm.com
jfisher@fbm.com

*Attorneys Pegasus Solar, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGASUS SOLAR INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNIRAC, INC., a New Mexico corporation,<br><br>Defendant. | Case No. 3:21-cv-06933-EMC<br><br>**JOINT STIPULATION TO STAY DEADLINES** |
| UNIRAC, INC., a New Mexico corporation,<br><br>Plaintiff,<br><br>v.<br><br>PEGASUS SOLAR INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:21-cv-06934-EMC |

Joint Stipulation to Stay Deadlines                              Case Nos. 3:21-cv-06933-EMC
                                                                          3:21-cv-06934-EMC

Pursuant to Civil Local Rule 7-12, Unirac, Inc. and Pegasus Solar, Inc. (collectively the "Parties"), notify this court that they have reached a settlement in principle. The Parties stipulate and hereby request this Court stay all pending deadlines in case numbers 3:21-cv-06933-EMC and 4:21-cv-06934-EMC to facilitate the execution of a settlement agreement to resolve both cases, including the deadline for Pegasus Solar to file its amended complaint and counterclaims and the other deadlines set forth in the Court's January 26, 2022 Minute Order (Dkt. No. 34 in Case No. 3:21-cv-06933-EMC; Dkt. No. 31 in Case No. 3:21-cv-06934-EMC). This joint request for a stay is not made for the purposes of delay and, once executed will resolve two cases pending before this Court. The Parties will file a request for dismissal in both cases once the final settlement agreement has been prepared and executed.

Dated: February 2, 2022   /s/ Andrew G. Strickland
Andrew G. Strickland CA Bar No. 272364
*Attorney for Unirac, Inc.*

Dated: February 2, 2022   /s/ Jeffrey M. Fisher
Jeffrey M. Fisher, CA Bar No. 155284
Daniel C. Callaway, CA Bar No. 262675
*Attorneys Pegasus Solar, Inc.*

## DECLARATION OF CONSENT

The undersigned attests, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other signatories to this document.

Dated: February 2, 2022  /s/ Andrew G. Strickland
Andrew G. Strickland CA Bar No. 272364
*Attorney for Unirac, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 2, 2022, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all counsel of record who have consented to accept this notice as service of this document by electronic means. Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

*/s/ Andrew G. Strickland*
Andrew G. Strickland
Attorney for Unirac, Inc.