Andrew G. Strickland, CA Bar No. 272364
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Phone: (404) 815-1900
Fax: (404) 817-1700
andrew.strickland@leehayes.com

*Attorneys for Unirac, Inc.*

Jeffrey M. Fisher, CA Bar No. 155284
Daniel C. Callaway, CA Bar No. 262675
John M. Ugai, CA Bar No. 318565
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Phone: (415) 954-4400
Fax: (415) 954-4480
dcallaway@fbm.com
jfisher@fbm.com

*Attorneys for Pegasus Solar, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGASUS SOLAR INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNIRAC, INC., a New Mexico corporation,<br><br>Defendant. | Case No. 3:21-cv-06933-EMC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| UNIRAC, INC., a New Mexico corporation,<br><br>Plaintiff,<br><br>v.<br><br>PEGASUS SOLAR INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:21-cv-06934-EMC |

Joint Stipulation of Dismissal     1     Case Nos. 3:21-cv-06933-EMC
                                                                                                                                                                 4:21-cv-06934-EMC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c), Unirac, Inc. and Pegasus Solar, Inc. (collectively the "Parties"), hereby stipulate to dismissal with prejudice of all claims in the above-captioned lawsuits, each party to bear its own costs and attorneys' fees.

Dated: March 7, 2022   /s/ Andrew G. Strickland
Andrew G. Strickland CA Bar No. 272364
*Attorney for Unirac, Inc.*

Dated: March 7, 2022   /s/ Jeffrey M. Fisher
Jeffrey M. Fisher, CA Bar No. 155284
Daniel C. Callaway, CA Bar No. 262675
*Attorneys Pegasus Solar, Inc.*

**DECLARATION OF CONSENT**

The undersigned attests, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other signatories to this document.

Dated: March 7, 2022           */s/ Andrew G. Strickland*
                              Andrew G. Strickland CA Bar No. 272364
                              *Attorney for Unirac, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 7, 2022, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all counsel of record who have consented to accept this notice as service of this document by electronic means. Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

*/s/ Andrew G. Strickland*
Andrew G. Strickland
Attorney for Unirac, Inc.