Andrew G. Strickland, CA Bar No. 272364
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Phone: (404) 815-1900
Fax: (404) 817-1700
andrew.strickland@leehayes.com

*Attorneys for Unirac, Inc.*

Jeffrey M. Fisher, CA Bar No. 155284
Daniel C. Callaway, CA Bar No. 262675
John M. Ugai, CA Bar No. 318565
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Phone: (415) 954-4400
Fax: (415) 954-4480
dcallaway@fbm.com
jfisher@fbm.com

*Attorneys for Pegasus Solar, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGASUS SOLAR INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNIRAC, INC., a New Mexico corporation,<br><br>Defendant. | Case No. 3:21-cv-06933-EMC<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL** |
| UNIRAC, INC., a New Mexico corporation,<br><br>Plaintiff,<br><br>v.<br><br>PEGASUS SOLAR INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:21-cv-06934-EMC |

1    This matter comes before the Court on the Joint Stipulation of Dismissal with Prejudice
2 filed by Unirac, Inc. and Pegasus Solar, Inc. (collectively the "Parties"). The Court, having
3 reviewed the Parties' Joint Stipulation, hereby finds good cause to dismiss these matters.
4    WHEREFORE, the Court orders:
5    1.   Case numbers 3:21-cv-06933-EMC and 3:21-cv-06934-EMC are hereby dismissed
6 with prejudice of all claims and each party shall bear its own costs and attorneys' fees.
7    2.   The Court shall direct the Clerk of Court to administratively close these actions.

9 PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
The Hon. Edward M. Chen
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 7, 2022, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all counsel of record who have consented to accept this notice as service of this document by electronic means. Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

> */s/ Andrew G. Strickland*
> Andrew G. Strickland
> *Attorney for Unirac, Inc.*